# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3006
_____

FRANCISCO ALBERTO IBARGUEN,

    Appellant,

    v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and GERALDINE
ENCARNACION,

    Appellees.

_____


On appeal from the Department of Revenue, Child Support Program.
Ann Coffin, Director.


March 25, 2025

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and LONG, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Francisco Alberto Ibarguen, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellees.